**DISMISS; and Opinion Filed January 28, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01082-CV**

## IN THE INTEREST OF T.X.L., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-24902**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is appellant's January 16, 2019 motion to dismiss the appeal. We grant

the motion. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

181082F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF T.X.L., A CHILD

No. 05-18-01082-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-17-24902.
Opinion delivered by Justice Pedersen, III, Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Malaika Corsandra Johnson recover her costs, if any, of this appeal from appellant Billy George Lane Jr.

Judgment entered this 28th day of January, 2019.